DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **JOHN NASH,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:19-cv-0068 |
| **CERTAIN UNDERWRITERS AT LLOYD'S** Subscribing to Policy Number CPBRT21541, | ) |
| **Defendant** | ) |

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion to Dismiss filed on August 25, 2021. (ECF No. 34.) In the motion, Plaintiff asserts that the matter has been completely resolved and has attached a copy of a fully executed Stipulation of Dismissal. After careful consideration and review and the Court being fully advised as to the premises, it is hereby:

**ORDERED** that Plaintiff's Motion to Dismiss is hereby **GRANTED**; it is further

**ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**; it is further

**ORDERED** that all pending motions are **DENIED** as **MOOT;** and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

**Dated:** August 26, 2021         */s/ Robert A. Molloy*
                                                       **ROBERT A. MOLLOY**
                                                       **Chief Judge**